IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO. 1:08-cv-00189-MP-AK

RIKKI TAYLOR,

    Defendant.

_____/

## **CONSENT JUDGMENT**

This matter is before the Court on Doc. 5, Notice of Filing Executed Consent Judgment. The parties now request entry of this Judgment.[1]  The parties have stipulated to the following:

1. That the defendant, RIKKI TAYLOR, is subject to the jurisdiction of this Court, that Defendant has accepted service of process under Rule 4 of the Federal Rules of Civil Procedure, and that Defendant acknowledges actual receipt of the Complaint.

2. That the amount below is a debt to the United States as defined by 20 U.S.C. 1071 et seq. for student loans guaranteed by the Department of Education.

3. That judgment should be entered against Defendant in the principal sum of $3,421.95, plus interest in the amount of $593.52 accrued through June 12, 2008, plus accruing interest at the annual rate of 4.13% as set forth in the Certificate of Indebtedness prepared by the Department of Education (Doc. 1, Attachment 1),

---

[1]The original signatures of the representatives of Plaintiff and Defendant, indicating their approval of this judgment, can be found on the final page of the proposed order, Doc. 5, Attachment 1.

incorporated herein, plus costs of court in the sum of $350.00.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Judgment is entered against the defendant, RIKKI TAYLOR, in the sum of $4,365.47 (principal $3.421.95; plus interest $593.52; costs of court $350.00).  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

**DONE AND ORDERED** this   *2nd* day of April, 2009

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
